UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E. H., a minor, by her Next Friend,
SANTIAGO HINOJOSA,

        Plaintiff,                      Case No.   2:10-CV-13294-PDB-MKM
                                              Hon. Paul D. Borman
vs.

MICHAEL NELSON, a minor,  by his
Next Friend, RON NELSON,

        Defendant.
_____/

| THOMAS W. JAMES (P68563) | F. PETER BLAKE (P26531) |
|---|---|
| GURSTEN, KOLTONOW, GURSTEN, | Attorney for Defendants |
| CHRISTENSEN & RAITT, P.C. | 535 Griswold Street, Suite 1400 |
| Attorney for Plaintiff s | Detroit, MI   48226 |
| 30101 Northwestern Highway | (313) 961-7321 |
| Farmington Hills, MI   48334 | fpb@blakekirchner.com |
| (248) 353-7575 | |
| tjames@michiganautolaw.com | |

_____/

## CONSENT JUDGMENT

At a session of said Court, held in
the Eastern District of Michigan, Southern Division of the
United States District Court in Detroit, State of Michigan
on ___NOV 3 0 2011___

PRESENT: HON. __Paul D. Borman__
                        UNITED STATE DISTRICT COURT JUDGE

    Pursuant to a motion for entry of a Consent Judgment, and the Court being fully advised in the premises:

    **IT IS ORDERED** that entry of this Consent Judgment against the Defendant represents a discharge of liability, on his part, as to Plaintiff;

7

**IT IS FURTHER ORDERED** that Defendant shall pay FIFTY THOUSAND DOLLARS ($ 50,000) to SANTIAGO HINOJOSA, Next Friend to E.H., a minor, inclusive of all costs, interest and attorney fees;

**IT IS FURTHER ORDERED** for E.H., a minor, that payment of attorney fees and costs amount to $ 19,194.35 and a deposit into the restricted UTMA account at Merrill Lynch as follows:

| | |
|---|---|
| Lump sum from Defendant: | $ 50,000.00 |
| Less:   Litigation costs: | $   3,791.52 |
| | $ 46,208.48 |
| Less:   1/3 Attorney fee | $ 15,402.83 |
| Net Amount | $ 30,805.65 |
| Amount to restricted account | $ 25,805.65 |
| Amount to E.H., a minor | $   5,000.00 |

**IT IS FURTHER ORDERED** that the Five Thousand Dollars ($ 5,000) will distributed to SANTIAGO HINOJOSA, Next Friend of E.H. and the Twenty-Five Thousand, Eight Hundred-five dollars and sixty-five cents ($ 25,805.65) be distributed "for the benefit of E.H." (full name to be provided on the check) to MERRILL LYNCH WEALTH MANAGEMENT on behalf of E.H. to be deposited into a restricted UTMA account.  The funds deposited into the UTMA are irrevocable.  The funds deposited plus accrued interest will be released to E.H. when she turns 21 years of age.

_____
UNITED STATES DISTRICT COURT JUDGE

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E.H., a Minor, by her Next Friend,
SANTIAGO HINOJOSA,

        Plaintiff,           Case No. 2:10-CV-13294-PDB-MKM
                                     HON. PAUL D. BORMAN

vs.

MICHAEL NELSON, a Minor, by his
Next Friend, RON NELSON,

        Defendant.
_____/

THOMAS W. JAMES (P68563)        F. PETER BLAKE (P26531)
KATHLEEN JOHNSON (P67557)      Attorney for Defendant
Attorneys for Plaintiff                    535 Griswold Street, Suite 1400
30101 Northwestern Highway        Detroit, MI 48226
Farmington Hills, MI 48334          (313) 961-7321
(248) 353-7575                                fpb@blakekirchner.com
tjames@gurstenlaw.com
kjohnson@gurstenlaw.com

_____/

## SATISFACTION OF JUDGMENT

**NOW COMES** Plaintiff, **EMILY HINOJOSA, a Minor, by her Next Friend, SANTIAGO HINOJOSA**, by and through his attorneys, **GURSTEN, KOLTONOW, GURSTEN, CHRISTENSEN & RAITT, P.C.**, and hereby acknowledges full satisfaction in payment of a Judgment in the amount of **Fifty Thousand ($50,000.00) Dollars** issued on November 30, 2011, in favor of Plaintiff, EMILY HINOJOSA, a Minor, by her Next Friend, SANTIAGO HINOJOSA and against Defendant, MICHAEL NELSON, a Minor, by his Next Friend, RON NELSON.

                                          GURSTEN, KOLTONOW, GURSTEN,
                                          CHRISTENSEN & RAITT, P.C.

                                          THOMAS W. JAMES (P68563)
                                          Attorneys for Plaintiff
                                          30101 Northwestern Highway
                                          Farmington Hills, MI 48334
                                          (248) 353-7575

Dated: November 30, 2011